UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  10-CV-23609-JAL

SECURITIES AND EXCHANGE )
COMMISSION, )
 )
          Plaintiff, )
v. )
 )
ANTHONY MELLONE, ALEX PARSINIA, )
LARRY WILCOX, )
MACADA HOLDING, INC. f/k/a )
TRI-STAR HOLDINGS, INC., )
ZCOM NETWORKS, INC., and )
THE UC HUB GROUP, )
 )
          Defendants. )
_____)

## FINAL JUDGMENT AS TO
## DEFENDANT ANTHONY MELLONE

**THIS MATTER** is before the Court upon the Commission's Motion and Memorandum of Law to Set Disgorgement and Prejudgment Interest Amounts. (D.E. #36).

This Court previously entered a Default Judgment of Permanent Injunction and Other Relief against Defendant Anthony Mellone.  (D.E. # 31.)  The Judgment of Permanent Injunction provides the Court shall determine the amounts of the disgorgement and prejudgment interest upon the Commission's motion pursuant to Section 20(d) of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C.§ 77t(d), and Section 21(d)(3) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C.§ 78u(d)(3).  (D.E. #31 at 3.)

**UPON CONSIDERATION** of the Motion and being otherwise fully advised in the premises, it is **ORDERED AND ADJUGED** that the Plaintiff's Motion is **GRANTED** as to Mellone.

**IT IS FURTHER ORDERED AND ADJUDGED** that Mellone is liable for disgorgement of $28,000, representing profits gained as a result of the conduct alleged in the Amended Complaint, together with prejudgment interest thereon in the amount of $2,343.64, for a total of $30,343.64. The total amount payment of $30,343.64 in disgorgement and prejudgment interest shall be due and payable within fourteen (14) days from the date of this Final Judgment.

Mellone may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Mellone may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Mellone as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment. Mellone shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Mellone relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Mellone.

The Commission shall hold the funds (collectively, the "Fund") and may propose a plan to distribute the Fund subject to the Court's approval. The Court shall retain jurisdiction over the administration of any distribution of the Fund. If the Commission staff determines that the Fund

-3-

will not be distributed, the Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest, by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of the Final Judgment. Mellone shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction over this matter and Mellone in order to implement and carry out the terms of this Judgment and all Orders and Decrees that may be entered, and/or to entertain any suitable application or motion for additional relief within the jurisdiction of this Court.

DONE AND ORDERED in Chambers in Miami, Florida, this 13th day of March, 2015.

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**